UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAULIO THORNE, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>         Plaintiffs,<br>v.<br><br>TIEDEMANN WEALTH MANAGEMENT, LLC,<br><br>         Defendant. | Case No. 1:21-cv-03560-AJN<br><br>Hon. Alison J. Nathan |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO COMPLAINT

Defendant Tiedemann Wealth Management, LLC ("Defendant"), by and through its counsel, hereby files this Unopposed Motion for Extension of Time to Answer, Plead, or Otherwise Respond to Plaintiff's Complaint, and in support thereof states as follows:

1. Plaintiff commenced this action by filing the Complaint on April 21, 2021.

2. The Summons and Complaint in the above-captioned action were, upon information and belief, served on Defendant on May 4, 2021.

3. Defendant's response to the Complaint is currently due on May 25, 2021.

4. Defendant respectfully requests a 45-day extension of time to respond to Plaintiff's Complaint. Plaintiff's counsel consents to this extension of time.

5. This request is being made in good faith and is not brought to delay litigation or prejudice any Party.

WHEREFORE, Defendant respectfully requests a 45-day extension to July 9, 2021, to answer, plead, or otherwise respond to Plaintiff's Complaint.

A proposed order is attached.

| | |
|---|---|
| Dated: May 21, 2021 | Respectfully submitted,<br><br>By: */s/ Ryan P. Poscablo*<br>Ryan P. Poscablo<br>STEPTOE & JOHNSON LLP<br>1114 Avenue of the Americas<br>New York, New York 10036<br>(212) 506-3900<br>rposcablo@steptoe.com<br><br>*Counsel for Tiedemann Wealth Management, LLC* |

# **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of May 2021, a true and correct copy of the foregoing document was served via the United States District Court's CM/ECF system, which sent notification of such filing to the following:

Jeffrey Gottlieb  
Michael LaBollita  
GOTTLIEB & ASSOCIATES  
150 E. 18th Street  
Suite PHR  
New York, New York 10003  
nyjg@aol.com  
michael@gottlieb.legal  

*/s/ Ryan P. Poscablo*  
Ryan P. Poscablo